Sulewski *v.* Ambrose et ux., Appellants.

Argued April 26, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Paul R. Mahler,* with him *John H. Hibbard,* for appellants.

*Frank Townend,* with him *Michael C. McHugh,* for appellees.

OPINION PER CURIAM, June 28, 1971:
Decree affirmed; costs on appellants.
Mr. Justice JONES took no part in the consideration or decision of this case.